STATE OF NEW JERSEY v. TERRANCE ALDEN.

February 4, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. OTLEY ALBERT HEULINGS.

February 4, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. HORACE BOWERS.

February 4, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. BROWN.

February 4, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PARISIO.

February 4, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. DONALD L. RAMSEUR.

February 4, 1976.  Petition for certification denied.